ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Huffman Equipment Rental & Contracting, Inc. | ) ASBCA No. 62225 |
| | ) |
| Under Contract No. W912P4-18-C-0015 | ) |

APPEARANCE FOR THE APPELLANT: Jeffrey M. Gallant, Esq.
Clark Hill PLC
Detroit, MI

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Kimberly A. Rowles, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Buffalo

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 6, 2020

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62225, Appeal of Huffman Equipment Rental & Contracting, Inc., rendered in conformance with the Board's Charter.

Dated: July 7, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals